**PERKINS COIE LLP**

Mikella M. Hurley (*pro hac vice* forthcoming)
New York Bar No. 5468145
Tara Shinall (*pro hac vice* forthcoming)
California Bar No. 353302
700 13th Street, NW, Suite 800
Washington, DC 20005-3960
Telephone: 202.654.6200
MHurley@perkinscoie.com
TShinall@perkinscoie.com

Paul F. Eckstein (#001822)
Addison W. Bennett (#039801)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:  +1.602.351.8000
PEckstein@perkinscoie.com
ABennett@perkinscoie.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| BTQ Technologies Corp., BTQ AG, Disruptive Systems Ltd. & Latent AG, d/b/a as Latent Capital, Mr. Olivier Roussy Newton, and Mr. Trevor Newton,<br><br>Plaintiffs<br><br>Nicolas Roussy Newton, GoDaddy.com, LLC, and GoDaddy, Inc.,<br><br>Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS BTQ TECHNOLOGIES CORP., BTQ AG, DISRUPTIVE SYSTEMS LTD., AND LATENT AG** |

-1-

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiffs BTQ Technologies Corp., BTQ AG, and Disruptive Systems Ltd. and Latent AG (together d/b/a as "Latent Capital") (collectively, "Plaintiffs") state as follows:

BTQ AG is a wholly owned subsidiary of BTQ Technologies Corp.

BTQ Technologies Corp. is a publicly traded corporation (NASDAQ: BTQ). It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Disruptive Systems Ltd., doing business as Latent Capital, is a company incorporated pursuant to the laws of the Cayman Islands. Disruptive Systems Ltd. is closely held by Plaintiff Olivier Roussy Newton, who is the sole shareholder and director. No publicly held corporation owns 10% or more of the stock of Disruptive Systems Ltd.

Latent AG, also doing business as Latent Capital, is a company incorporated pursuant to the laws of Liechtenstein. Latent AG Latent Capital is closely held by Plaintiff Olivier Roussy Newton, who is the sole shareholder and director. No publicly held corporation owns 10% or more of the stock of Latent AG.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: May 4, 2026

Respectfully submitted,

**PERKINS COIE LLP**
By: */s/ Paul F. Eckstein*
     Paul F. Eckstein (#001822)
     Addison W. Bennett (#039801)
     PERKINS COIE LLP
     2525 E. Camelback Road, Suite 500
     Phoenix, Arizona 85016-4227
     Tel.: (602) 351-8000
     PEckstein@perkinscoie.com
     ABennett@perkinscoie.com

*Attorneys for Plaintiffs*

-2-
CORPORATE DISCLOSURE STATEMENT