**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BTQ Technologies Corporation, et al., | No. CV-26-03103-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| Nicolas Roussy Newton, et al., | |
| Defendants. | |

For the reasons stated on the record, and for good cause, the Temporary Restraining Order ("TRO") entered on May 5, 2026, (Doc. 31), set to expire today, will be extended through **Friday, June 12, 2026**. *See* Fed. R. Civ. P. 65(b)(2). All parties have been notified of the TRO and had an opportunity to appear at the TRO hearing held on May 11, 2026. (*See* Docs. 47, 48.) Defendants GoDaddy.com, LLC and GoDaddy, Inc. appeared and do not oppose extending the TRO. Defendant Nicolas Roussy Newton did not appear and has not otherwise indicated any opposition to the TRO.

Accordingly,

**IT IS ORDERED** that the TRO issued on May 5, 2026, (Doc. 31) is **EXTENDED** and **MODIFIED** as follows:

1. Defendant GoDaddy.com, LLC ("GoDaddy") shall transfer the domain latentcap.com (the "Latentcap Domain") into a GoDaddy account designated by Plaintiff through their counsel no later than **72 hours** following the issuance of this Order or when Plaintiffs provide their preferred customer account number,

whichever is later. After the transfer of the Latentcap Domain to the specified account, GoDaddy shall lift the lock on that domain.

2. GoDaddy shall transfer the domain btqfiles.com (the "BTQFiles Domain") no later than **72 hours** following the issuance of this Order or when Plaintiffs provide their preferred customer account number, whichever is later, into a GoDaddy account designated by Plaintiffs through their counsel.

3. GoDaddy shall maintain the lock on the GoDaddy customer account that is currently associated with the domain names latentcap.com and btqfiles.com until such time that the Court Orders that the account be unlocked.

4. Defendant Nicolas Roussy Newton is hereby enjoined from accessing, using, controlling, or interfering with the BTQFiles Domain and shall immediately cease all access to, use of, control over, or interference with same.

5. Defendant Nicolas Roussy Newton is hereby enjoined from accessing, using, controlling, or interfering with the Latentcap Domain or the Google Workspace account associated with the Latentcap Domain (the "Latentcap Workspace Account") and shall immediately cease all access to, use of, control over, or interference with same.

6. Nicolas Roussy Newton remains temporarily enjoined from publishing, disseminating, or otherwise disclosing any material obtained through his access to the Latentcap Domain and Latentcap Workspace Account, including: (a) Plaintiffs' trade secrets, confidential information, or attorney-client privileged communications, records, and other information or materials; or (b) the personal information and records of BTQ's officers, directors, employees, business partners, customers, or shareholders.

7. Nicolas Roussy Newton is hereby temporarily enjoined from making any commercial use of the "BTQ" mark, name, or designation that is likely to cause confusion as to the source, sponsorship, or affiliation of such commercial use with Plaintiffs or their associated entities.

8. Nicolas Roussy Newton shall, within 24 hours of service of this order, return to Latent Capital and/or permanently destroy all copies of records, documents, and information downloaded or otherwise obtained from the Latentcap Workspace Account including those obtained from the individual o@latentcap.com user account within the Latentcap Workspace Account.

9. The $100.00 bond posted by BTQ in connection with the Temporary Restraining Order entered May 5, 2026 shall remain in effect and shall constitute sufficient security for purposes of this Order.  No additional bond shall be required.

10. This temporary restraining order shall remain in effect **through Friday, June 12, 2026**.

11. On **Friday, June 12, 2026, at 10:00 a.m.** the Court will hold a hearing on the motion for a preliminary injunction.

12. By no later than **Friday, May 15, 2026**, Plaintiffs shall file a status report informing the Court whether they believe that GoDaddy has complied with the terms of this Order.

13. Plaintiffs shall provide a copy of this Order to Nicolas Roussy Newton by email **within 24 hours** of the entry of this Order.

14. By no later than **Friday, May 15, 2026**, Plaintiffs shall file a status report informing the Court whether they believe that Nicolas Roussy Newton has complied with the terms of this Order.

Dated this 11th day of May, 2026 at 5:15 p.m.

Honorable Sharad H. Desai
United States District Judge